**Order entered September 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01033-CV

**DEMETRA JEFFERSON WYSINGER FOR AND AS POA FOR DEMONDRIA JEFFERSON, TYSWAYLA MITCHELL, PRINCE LOUIS WYSINGER AND MINOR CHILDREN, Appellants**

**V.**

**GEICO COUNTY MUTUAL INSURANCE, FARMERS INSURANCE AND RON MONTGOMERY MOTORS, Appellees**

On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-17-00628-E

## ORDER

Appellants' August 31, 2018 Motion for Extension of Deadline for Appellants to File Reply to Appellee Geico County Mutual Insurance Company's Response to Appellant's Brief is **GRANTED IN PART**. We **ORDER** the reply brief filed no later than September 17, 2018. No additional extensions will be granted.


/s/      CRAIG STODDART
PRESIDING JUSTICE